# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
11/18/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Bryton Tucker

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Officer Phillips, Floyd Co. jail
Officer Boltz

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:24-cv-157-SEB-KMB
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Bryton Tucker
- All other names by which you have been known:
- ID Number: 105649
- Current Institution: Floyd Co. jail
- Address: 311 Hauss Sq.
  - City: New Albany
  - State: IN
  - Zip Code: 47150

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Officer Boltz
- Job or Title (if known): Correctional Officer
- Shield Number:
- Employer: Floyd Co. jail
- Address: 311 Hauss Sq.
  - City: New Albany
  - State: in
  - Zip Code: 47150
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Officer Phillips
- Job or Title (if known): Correctional Officer
- Shield Number:
- Employer: Floyd Co. jail
- Address: 311 Hauss Sq.
  - City: New Albany
  - State: IN
  - Zip Code: 47150
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Floyd Co jail Correctional Facility
Job or Title (if known):
Shield Number:
Employer:
Address: 311 Hauss Sq, New Albany, IN 47150

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I was refused a meal
I was refused a medical diet
My life was put in Harms way and threatened and tried to kill me

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

at the Floyd County jail Between Sep 21st / Sep 24th - 10-8th 2024

On Sep. 21, 2024 i was given a trey by officer Boltz on that trey it Had Pizza a garlic Bread Stick and also a Saled with italian dressing.

Trey pass is very busy so i tried to wait until He "officer Boltz" was on His way out the Door and tell Him "officer Boltz" that i am allergic to the items on the trey Being "Tomatoe's, onion's, Chocolate, and Mushroom" Being i can't eat pizza or eat tha Saled due to the dressing, while trying to inform Him i was ignored so i Called over my Speaker at about 10:30am - 11am/11:30am.

To when officer phillips answered i informed him "officer phillips" that i am allergic to tomato's, onion's, Chocolate, and mushrooms, He "officer phillips" Then told me to give Him a minute to figure it out so i did i waited about 30 minute's He "officer phillips" Never Called back so i did and was told by officer phillips that He's still looking into it then 30 more minutes i get told by officer phillips to just eat what i can and then get Hung up on i Called back and officer Boltz and officer phillips where in there and told me i was not getting anything else. to eat the bread Stick, that had pizza sauce on it i informed them, to where they told Me that the kitchen Has/did have that i am allergic to these item's onion's tomato's Chocolate Mushrooms and that the Kitchen took me off my diet 2 weeks ago and i told them i Have not been Here two weeks i asked again if i would get Something to eat and was told "No" and was Refused a meal until 5pm that night

I Now get my diet due to getting my medical records Sent in with Me from the Baptist Health.

~~between~~ Sep 21st 2024 i got another write up and i was put on smm and there is tomatoe's in it and it mad my stomach Hurt saverely i was throwing up and asked for Held and in order to get it i Had to get to Bookin that was 10-2 or 10-3 of 2024 when i went to the Hospital on 10-3-24 i then found out between 10/3/24 - 10/5/24 that the treys i was getting Had tomatoe juice in it for flavor →

i Bryton Derjuan Tucker Have wrote this statement

*[signature]*

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sep 21st, 2024 / Sep 24th, 2024 @ 10:30am - 10ct 8th, 2024 @ 5pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My life was put in danger by officer Boltz i was Denied food by officer phillips and officer Boltz and i fear for my life daily

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Stomach pain, weight loss, Hospitalized, Constipation, Starvation, Mental Health

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$3,200,000 Dollars (Three, Two ~~00000000000~~ - Million - Dollars)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Floyd County jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   in the Floyd Co Jail

2. What did you claim in your grievance?

   i asked if there was onions or tomatos in the food i get ~~and was told yes for flavor~~

3. What was the result, if any?

   i was told by Ms. Moses that tomato juice was in it

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   i no longer get a loaf of food i get a bean barrito with no flavor made just for me

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   it is on Camera and Audio and a Close up of the trey was Shown to Camera also i then i was in the padded Cell and refused rec to file on Boltz and phillips

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   i told ms moses and She Handeled it

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   i wrote Sheiriff Steve Bush and told Him i was having issues

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

    _____

4. Name of Judge assigned to your case

    _____

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/7/2024

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Bryton Tucker
Prison Identification #: 105649
Prison Address: 311 Hauss Sq
New Albany, IN 47150

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: _____
E-mail Address: _____

I am writing this on a seperate document then the states I am filing but i need some answers, I have wrote my judge Carrie Stiller, attorney/public Defender Perry Mccall, and the Clerks office with no responce or informing to what is going on.

My name is Bryton Tucker i was incarcerated june 20th in 2024 at the Clark County jail until the 21st of june for my pointing a fire arm at a person and a probation violation i was released june 21st, 24 by judge webber.

Now im sitting in the Floyd Co. jail cause a probation violation but it is a false charge i was incarcerated May 19th 2023 and released june 19th 2023 in court but walked out the jail june 20th 2023 Where i was taken to Clark Co. for two days i signed a plea for a year of probation i did 32 day was credited 64 to do 301 My day to be off probation was April 14th 2024 and all because floyd Co. Courts Have the dates wrong i am being violated on probation i did not catch any new charges while on probation and all i got was a ticket for driving w/o a liesence and i told my probation officer an she said i was okay and that was febuary