UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| BRYTON TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00157-SEB-KMB |
| | ) | |
| PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**


Date: ___1/24/2025___                    _Sarah Evans Barker_

                                         SARAH EVANS BARKER, JUDGE
                                         United States District Court
                                         Southern District of Indiana


Distribution:

BRYTON TUCKER
[no current address available; copy available upon request]